IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEALTH IN MOTION, LLC d/b/a SUNSET SWINGS, and DREAM VISIONS, LLC.

Plaintiffs,

v.

EURO SHINE U.S.A., INC.,

Defendant.

Case No.: 8:19-cv-1662-VMC-JSS

## PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL

Pursuant to L.R. 2.03, Plaintiffs, Health in Motion, LLC and Dream Visions, LLC, respectfully request this Court enter an Order substituting Woodrow Pollack of Shutts & Bowen, LLP as counsel for Plaintiffs, and granting leave for Herbert W. Larson, Esq. of Larson & Larson, P.A. to withdraw as counsel in this action.

Plaintiffs have requested and approves this substitution of counsel, and Herbert W. Larson, Esq. of Larson & Larson, P.A. does not oppose this substitution. This substitution will not cause any delay or continuance, and will not prejudice any party.

WHEREFORE, Plaintiffs respectfully request an Order substituting Woodrow Pollack of Shutts & Bowen, LLP as counsel for Plaintiffs and granting leave for Herbert W. Larson, Esq. of Larson & Larson, P.A. to withdraw as counsel in this action.

## LOCAL RULE 3.01(G) CERTIFICATION

Defendant was served on July 11, 2019, however no counsel has appeared for Defendant. As such, undersigned has not been able to confer with Defendant as of the date of this filing.

July 23, 2019

/s/ Woodrow H Pollack
Woodrow H. Pollack
Florida Bar No. 026802
**SHUTTS & BOWEN, LLP**
4301 W Boy Scout Blvd, Suite 300
Tampa, Florida 33607
(813) 463-4894
(813) 229-8901 (facsimile)
wpollack@shutts.com

Brenton Babcock
California Bar No.: 162,120
**WOMBLE BOND DICKINSON, LLP**
400 Spectrum Center Drive, Suite 1700
Irvine, CA 92618
(657) 266-1064
brent.babcock@wbd-us.com
*Attorneys for Plaintiffs*

/s/ Herbert W. Larson
Herbert W. Larson, Esq.
Florida Bar No. 969930
**LARSON & LARSON, P.A.**
11199 69TH Street N
Largo, FL 33773
(727) 546-0600
bill@larsonpatentlaw.com
*Withdrawing Attorney for Plaintiffs*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 23, 2019 a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Woodrow H Pollack
Woodrow H. Pollack